UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LANE B. BAXTER,

       Petitioner,

       v.                                             Case No. 04-C-1120

JUDY P. SMITH, Warden,

       Respondent.

**DECISION AND ORDER ON PETITIONER'S MOTION FOR RECONSIDERATION**

On November 17, 2004, the petitioner, Lane B. Baxter ("Baxter"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Accompanying his petition was an application to proceed in forma pauperis. Baxter's petition was originally assigned to the Honorable Charles N. Clevert, Jr. for processing. On September 7, 2005, Judge Clevert issued an order in which, among other things, he denied as moot Baxter's application to proceed in forma pauperis and ordered the respondent to file an answer or other responsive pleading on or before October 6, 2005. Thereafter, on October 6, 2005, the respondent filed a motion to dismiss Baxter's petition as an unauthorized or successive petition under 28 U.S.C. § 2244(b). In the meantime, on September 19, 2005, Judge Clevert reassigned the case to this court based on the parties' consent to proceed before a magistrate judge. On October 21, 2005, the petitioner filed his brief in response to the motion to dismiss. On October 31, 2005, counsel for the respondent filed a letter with the court indicating that the respondent would not be filing a reply in support of her motion to dismiss.

In a decision and order issued on November 4, 2005, this court dismissed Baxter's petition and this action. Thereafter, on November 9, 2005, Baxter filed a motion for reconsideration. The court has now reviewed Baxter's motion. Although this court is not insensitive to the frustration expressed by Baxter in his motion, the fact remains that his habeas corpus petition is a second or successive habeas petition, pursuant to 28 U.S.C. § 2244(b), and therefore this court does not have jurisdiction to entertain the same. Nothing in Baxter's motion for reconsideration can alter that fact. Consequently, Baxter's motion for reconsideration will be denied.

**NOW THEREFORE IT IS ORDERED** that Baxter's motion for reconsideration be and hereby is **DENIED**.

**SO ORDERED** this   10th   day of November 2005, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

2

Case 2:04-cv-01120-WEC   Filed 11/10/05   Page 2 of 2   Document 25